MINUTE ENTRY
VAN MEERVELD
September 6, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KERMIT JEROME MITCHELL | CASE NO.   17-6969<br>SECTION:  "H" (1) |
| VERSUS | JUDGE JANE TRICHE MILAZZO |
| CORNERSTONE CHEMICAL COMPANY | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## STATUS CONFERENCE

A telephone status conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   Kermit Jerome Mitchell, by telephone.

Mr. Mitchell's pending Motion to Appoint counsel was discussed.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:37)