UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KERMIT JEROME MITCHELL | * | CIVIL ACTION NO. 17-6969 |
| | * | |
| | * | SECTION: "H"(1) |
| VERSUS | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| CORNERSTONE CHEMICAL COMPANY | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## STATUS CONFERENCE

Pursuant to Local Rule 73.2, this matter was automatically referred to the undersigned magistrate judge. If the parties unanimously consent, the matter will proceed before the Magistrate Judge as provided by 28 U.S.C. 636(c). Defendant Cornerstone filed its Answer to the lawsuit on September 16, 2017. At this time, the undersigned must determine whether the parties consent to proceed before the undersigned magistrate judge. Accordingly,

IT IS ORDERED that a **telephone status conference** shall be held on **October 11, 2017, at 2:30 p.m.,** for the purpose of determining whether the parties unanimously consent to proceed before the magistrate judge, and, if appropriate, to schedule dates for the pre-trial conference trial. The Court will initiate the telephone call. The parties shall contact the Court by telephone at (504) 589-7620, on or before September 10, 2017, to provide a telephone number where they can be reached for the telephone status conference

New Orleans, Louisiana, this 26th day of September, 2017.

_____
Janis van Meerveld
United States Magistrate Judge

1