1 | P a g e

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KERMIT MITCHELL, § § *Plaintiff*, § § v. § § CORNERSTONE CHEMICAL COMPANY, § § *Defendant*. § | CIVIL ACTION NO. 2:17-cv-06969 MAG. JUDGE VAN MEERVELD |

**DEFENDANT'S WITNESS AND EXHIBIT LISTS**

Pursuant to the Court's Scheduling Order, Defendant Cornerstone Chemical Company ("CCC" or "Cornerstone") submits the following Witness and Exhibit Lists:

**May Call Witness List:**

1. Dave Schnake
2. Aaron Marquez
3. April LeBoeuf
4. Dr. Lawrence Durante
5. Any witnesses listed by Plaintiff which are not objected to

**Exhibit List:**

1. Arbitration Decision and Award
2. LeBeouf handwritten notes
3. Portions of Dr. Schingledecker deposition and corresponding exhibits thereto
4. Surveillance footage relied upon by Schnake and Marques
5. Pictures of Plaintiff's work station

2 | P a g e

6. Google Map image showing location of Plaintiff's house, Defendant's facility, and where the surveillance footage was obtained

7. Last Chance Agreement

8. Suspension Letter

9. Termination Letter

10. Any exhibits listed by Plaintiff which are not objected to

Respectfully submitted,

*/s/ Stephen H. Clement*
Ernest R. Malone, Jr. (LA Bar No. 9066)
Stephen H. Clement  (LA Bar No. 34850)
**THE KULLMAN FIRM**
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189
erm@kullmanlaw.com
shc@kullmanlaw.com

**COUNSEL FOR DEFENDANT**

CERTIFICATE OF SERVICE

I certify that on April 9, 2018, I electronically filed the foregoing with the Court's CM/ECF system, which will send a notice of electronic filing, and I further certify that I served a copy by U.S. Mail to:

Mr. Kermit Mitchell
331 Lakewood Drive
Luling, Louisiana 70070

*/s/ Stephen H. Clement*

2 | P a g e

*Defendant's Witness and Exhibit Lists*