UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KERMIT JEROME MITCHELL                     *        CIVIL ACTION NO. 17-6969
                                           *
VERSUS                                     *        DISTRICT JUDGE
                                           *        JANE TRICHE MILAZZO
CORNERSTONE CHEMICAL COMPANY               *
                                           *        MAGISTRATE JUDGE
                                           *        JANIS VAN MEERVELD
*************************************       *

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREDJUDICE

The parties having reached an agreement prior to the trial of this matter set for **July 9, 2018**, stipulate as follows to wit:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff, **KERMIT JEROME MITCHELL**, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby gives notice of voluntarily dismissing the above captioned action against Defendant, **CORNERSTONE CHEMICAL COMPANY**, only *with* prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear its own costs and expenses associated with the above captioned action and proceedings.

**STIPULATION READ, RENDERED AND SIGNED** in New Orleans, Louisiana on this

_____ day of _____, 2018.


_____
**MAGISTRATE JUDGE JANIS VAN MEERVELD**

**RESPECTFULLY SUBMITTED:**

/s/Danielle G. Davis                              /s/Stephen Clement
**Danielle G. Davis, Bar Roll #37445**             **Ernest R. Malone, Bar Roll #9066**
**Attorney for KERMIT J. MITCHELL**                **Stephen Clement, Bar Roll #34850**
**Davis Law, L.L.C.**                              **Attorneys for CORNERSTONE CHEM. CO.**
**3730 Rue Delphine Court**                        **The Kullman Firm**
**New Orleans, Louisiana 70131**                   **1100 Poydras Street, Suite 1600**
**(504) 251-1670 Telephone**                       **New Orleans, Louisiana 70163-1600**
**(504) 515-0302 Facsimile**                       **(504) 524-4162 Telephone**
                                                   **(504) 596-4189 Facsimile**