UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KERMIT JEROME MITCHELL | * | CIVIL ACTION NO. 17-6969 |
| | * | |
| VERSUS | * | DISTRICT JUDGE |
| | * | JANE TRICHE MILAZZO |
| CORNERSTONE CHEMICAL COMPANY | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************** | * | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREDJUDICE

The parties having reached an agreement prior to the trial of this matter set for **July 9, 2018**, stipulate as follows to wit:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff, **KERMIT JEROME MITCHELL**, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby gives notice of voluntarily dismissing the above captioned action against Defendant, **CORNERSTONE CHEMICAL COMPANY**, only *with* prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear its own costs and expenses associated with the above captioned action and proceedings.

**STIPULATION READ, RENDERED AND SIGNED** in New Orleans, Louisiana on this ___4th___ day of June, 2018.

_____
**MAGISTRATE JUDGE JANIS VAN MEERVELD**

**RESPECTFULLY SUBMITTED:**

/s/Danielle G. Davis
**Danielle G. Davis, Bar Roll #37445**
**Attorney for KERMIT J. MITCHELL**
**Davis Law, L.L.C.**
**3730 Rue Delphine Court**
**New Orleans, Louisiana 70131**
**(504) 251-1670 Telephone**
**(504) 515-0302 Facsimile**

/s/Stephen Clement
**Ernest R. Malone, Bar Roll #9066**
**Stephen Clement, Bar Roll #34850**
**Attorneys for CORNERSTONE CHEM. CO.**
**The Kullman Firm**
**1100 Poydras Street, Suite 1600**
**New Orleans, Louisiana 70163-1600**
**(504) 524-4162 Telephone**
**(504) 596-4189 Facsimile**